1  RAMIRO MORALES, # 167947
   rmorales@mfrlegal.com
2  LAURENCE S. NEAR, #178507
   lnear@mfrlegal.com
3  MORALES FIERRO & REEVES
   2151 Salvio Street, Suite 280
4  Concord, CA  94520
   Telephone:  (925) 288-1776
5  Facsimile:   (925) 288-1856

6  Attorneys for Plaintiff ACCEPTANCE
   INDEMNITY INSURANCE COMPANY
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 ACCEPTANCE INDEMNITY                )  CASE NO.:  2:18-cv-02996 RGK
   INSURANCE COMPANY,                  )  (FFMx)
12                                     )
                                       )
13           Plaintiff,                )  **[PROPOSED] JUDGMENT ON
                                       )  ACCEPTANCE INDEMNITY
14      v.                             )  INSURANCE COMPANY'S
                                       )  MOTION FOR DEFAULT
15                                     )  JUDGMENT**
   JAMES BRAY dba TEXAS PRIDE          )
16 TRAILERS,                           )
                                       )
17                                     )
             Defendant.                )
18                                     )

19

20      On May 24, 2018, the Clerk entered default against Defendant JAMES BRAY

21 dba TEXAS PRIDE TRAILERS (ECF No. 11.)  On June 25, 2018, Plaintiff

22 ACCEPTANCE INDEMNITY INSURANCE COMPANY filed a Motion for Default

23 Judgment against the Defendant (ECF No. 13.)  On July 26, 2018, the Court, having

24 considered the Motion for Default Judgment and its supporting papers, and having

25 found that Plaintiff satisfied the procedural and substantive requirements for

26 obtaining a default judgment, granted the motion (ECF No. 18).

27      For the reasons stated in this Court's Order granting Plaintiff's Motion for

28 Default Judgment (ECF No. 18), the Court hereby orders as follows:

---

Acceptance Indemnity Insurance Company owes no duty to defend James Bray in the action styled *Karen Montano et. al. v.Texas Pride Trailers, Inc. et al.*, Superior Court, Orange County, Case No. 30:2017-00913743-CU-PP-CJC ("Underlying Action") under Acceptance Indemnity Insurance Company policy no. LB00013085 issued to James Bray DBA Texas Pride Trailers ("Policy"); and

Acceptance Indemnity Insurance Company owes no duty to indemnify James Bray under the Policy against the damages sought from James Bray in the Underlying Action.

**IT IS SO ORDERED**.

August 03, 2018       */s/ Gary Klausner*
Date                               Judge R. Gary Klausner, U.S.D.J.